FILED'08 AUG 27 15:15 USDC-ORP

IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF OREGON

| | |
|---|---|
| LAWRENCE KELLY, | Civil No. 3:07-CV-745-MA |
| Plaintiff, | |
| vs. | ORDER FOR REMAND |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | |
| Defendant. | |

Based on the stipulation of the parties, it is hereby ORDERED that the above captioned case be reversed and remanded for further administrative proceedings including further development of the record, a de novo hearing and the following actions. On remand, the administrative law judge will: (1) consider the entire record in order to establish the severity of all of Plaintiff's impairments, singly and in combination; (2) re-evaluate Plaintiff's credibility pursuant to 20 C.F.R. § 404.1529; SSR 96-7p; and pertinent 9th Circuit case law in light of the expanded record; (3) further evaluate the lay witness evidence pursuant to the regulations and SSR 06-3p; (4) further evaluate Plaintiff's residual functional capacity pursuant to SSR 96-8p; and (5) further consider, with the assistance of a vocational expert, if necessary, Plaintiff's ability to perform his past relevant work or any other work in the national economy that exists in significant numbers.

Page 1     ORDER - [3:07-CV-745-MA]

This remand is made pursuant to sentence four of 42 U.S.C. § 405(g). Reasonable attorney fees will be awarded based on a petition filed under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

DATED this **27** day of **August**, 2008.

*Malcolm F. Marsh*
UNITED STATES DISTRICT JUDGE

Presented by:

*Lisa A. Wolf*
s/ Richard M. Rodriguez
RICHARD M. RODRIGUEZ
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
(206) 615-3748
Of Attorneys for Defendant