FILED '08 AUG 27 15:15 USDC-ORP

IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF OREGON

| | |
|---|---|
| LAWRENCE KELLY, | Civil No. 3:07-CV-745-MA |
| Plaintiff, | |
| vs. | JUDGMENT |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | |
| Defendant. | |

    IT IS ORDERED AND ADJUDGED that this case is REVERSED and REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner of Social Security for further administrative proceedings in accordance with this Court's Order.

    Judgment is entered for Plaintiff and this case is closed.

DATED this __27__ day of __August__, 2008.

_Malcolm F. Marsh_
UNITED STATES DISTRICT JUDGE