DAVID B. LOWRY
9900 SW Greenburg Road
Columbia Business Center, Suite 235
Portland, Oregon 97223
(503) 245-6309
OSB NO. 73372

FILED '08 OCT 20 14:40USDC-ORP

Attorney for Plaintiff


## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

**Lawrence Kelly**

        **Plaintiff,**

  **vs.**                                 **Civil No. 07-cv-00745-MA**

**Commissioner of Social Security**

        **Defendant.**                   **ORDER GRANTING AWARD**
                                      **OF EAJA FEES**

        Pursuant to Stipulation, and good cause appearing therefore,

        IT IS ORDERED, ADJUDGED and DECREED that the plaintiff is granted judgment

against defendant for expenses in the amount of $7.71, costs in the amount of $9.30, and

attorney's fees in the amount of $3884.41, pursuant to EAJA, 28 U.S.C. § 2412 and 28 U.S.C. §

1920. Payment should be made to plaintiff's attorney

        Done this **20** day of **Oct** , 2008.

                    *Malcolm F Marsh*
                    Judge


Page 1 - **ORDER GRANTING AWARD OF EAJA FEES**