

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

LAWRENCE KELLY,

        Plaintiff,                           CV-07-0745-MA

    v.                                   SUPPLEMENTAL JUDGMENT

MICHAEL J. ASTRUE,
Commissioner of
Social Security,

        Defendant.

    Based on the stipulation (#20) of the parties, and the order filed herewith, attorney fees in the amount of $3,884.41, costs in the amount of $9.30 and expenses in the amount of $7.71, are awarded to plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. The fees shall be paid to plaintiff's attorney.

    IT IS SO ORDERED.

    Dated this _20_ day of October, 2008.

                                            /s/ Malcolm F. Marsh
                                            Malcolm F. Marsh
                                            United States District Judge

1 - SUPPLEMENTAL JUDGMENT